Decided June 1, 1995

### STATE OF CONNECTICUT *v.* OMAR LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 509 (AC 11458), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided June 1, 1995

### DAVEY CLAY ET AL. *v.* LAURA TEACH ET AL.

The plaintiff Martin Hayre's petition for certification for appeal from the Appellate Court, 37 Conn. App. 556 (AC 13437), is denied.

*Frederic E. Mascolo,* in support of the petition.

*Thomas M. Murtha,* in opposition.

Decided June 1, 1995